THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM WASHINGTON and ARTHUR JOHNSON, Appellants.

Argued January 15, 1947; decided February 28, 1947.

*Meyer E. Fried, Leo Healy* and *Mario Sileo* for appellant William Washington.

*Harry Chiert, William W. Kleinman* and *Charles R. Rubin* for appellant Arthur Johnson.

*Miles F. McDonald,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.